PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 83689

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-60016-CR-GOLDBERG

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: James Wayne Long

Name of Sentencing Judicial Officer: The Honorable Richard W. Goldberg, Senior United States District Judge, Miami, Florida

Date of Original Sentence: May 24, 2006

Original Offense: Count 1: Conspiracy to commit mail fraud and wire fraud, 18 U.S.C. §371, a Class D felony

Counts 2-10: Wire fraud, 18 U.S.C. § 1343, a Class D felony

Original Sentence: Seventy-two months custody of the U.S. Bureau of Prisons, consisting of 60 months as to each of Counts 1 through 9, to run concurrently, and 12 months as to Count 10, to run consecutively, three years supervised release, $1,000.00 special assessment and $2,119,946.00 restitution. Special conditions: The defendant shall 1) provide complete access to financial information; 2) maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days; 3) obtain prior written approval from the Court before entering into any self-employment, and 4) submit to a search of his person or property.

Type of Supervision: Supervised Release          Date Supervision Commenced: August 12, 2011

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.  
[X]  To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $50.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Office and United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B                                                                    SD/FL PACTS No. 83689
(SD/FL 9/96)

## CAUSE

The defendant was ordered to pay restitution in the amount of $2,119,946.00, to be paid at the rate of 10% gross monthly income. The defendant has paid restitution to the best of his abilities, but had recently fallen behind in his payments due to monetary hardship stemming from unstable employment. As of this writing, the defendant has corrected the delinquency of $400.00. To date, Mr. Long has paid $157,995.85.

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly. The defendant reported his household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. Based on this information, it was determined that the defendant will be able to pay $50.00 per month towards restitution.

The defendant was presented with this information and concurred with our assessment, consequently voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, thus establishing restitution at $50.00 per month commencing August 1, 2014, and every month thereafter. Further, please be advised that the defendant's term of supervised release is scheduled to terminate on August 11, 2014, and he will be unable to satisfy this obligation in full.

The defendant has been advised that the restitution judgment, remains valid for a period of 20 years from the date of the Judgment, plus incarceration. The United States Attorney's Office has been notified of the defendant's termination date, and will continue monitoring payments towards the restitution at the completion of supervision.

**Recommendation:** As such, it is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $50.00 per month. In addition, Your Honor allow the defendant's term of supervised release to expire as scheduled on August 11, 2014.

Respectfully submitted,

by   Nora Heredia-Burgos
     2014.07.29 09:55:30 -04'00'
     Nora Heredia-Burgos
     U.S. Probation Officer
     Office: (305) 512-1803
     Cellular: (786) 348-3063           Anita Dukes-Hill
     Date: July 29, 2014                Jul 29 2014 8:51 AM

THE COURT ORDERS:

[X] The Modification of conditions as noted above
[ ] Other: _____

_____
Signature of Judicial Officer

7/30/14
Date

cc:    Maureen Donlan, Deputy Chief Civil Division (USAFLS)
       Rolando Leon, Paralegal Specialist